Jonathan Shub (C.A. Bar No. 237708)
Kevin Laukaitis*
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
jshub@shublawyers.com
klaukaitis@shublawyers.com

Attorneys for Plaintiff
MATTHEW PRICE

* *Pro Hac Vice Application Forthcoming*

[Additional counsel on signature page]

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| MATTHEW PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation<br><br>Defendant. | CASE NO. 4:21-CV-02846-HSG<br><br>**STIPULATED REQUEST TO MODIFY DEADLINE FOR RESPONDING TO THE COMPLAINT, SET BRIEFING SCHEDULE, AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER; DECLARATION OF JONATHAN SHUB IN SUPPORT OF STIPULATION**<br><br>[Fed. R. Civ. P. 6; Civ. L.R. 6-2] |

Pursuant to Federal Rule of Civil Procedure 6 and Civil Local Rule 6-2, Plaintiff Matthew Price, individually and on behalf of all others similarly situated, and Defendant Apple Inc. ("Apple," and with Plaintiff the "Parties") stipulate as follows through their undersigned counsel:

WHEREAS, Plaintiff filed the Complaint on April 20, 2021 (ECF No. 1);

WHEREAS, counsel for the parties engaged in a series of good faith, but ultimately unsuccessful, meet-and-confers regarding the matters alleged in the Complaint;

WHEREAS, Apple was served with the Complaint on June 25, 2021 (ECF No. 12), and must respond to the Complaint on or before July 16, 2021 pursuant to Fed. R. Civ. P. 12;

WHEREAS, on April 21, 2021, the Court entered an order setting an initial case management conference and ADR deadlines, including a June 30, 2021 deadline for the Rule 26(f) conference; a July 14, 2021 deadline to file the report of the Rule 26(f) conference; and a July 21, 2021 initial case management conference (ECF No. 5, the "Initial CMC Order");

WHEREAS, Apple intends to move to dismiss the Complaint but contacted Plaintiff's counsel on July 2, 2021, to request additional time to respond to the Complaint;

WHEREAS, the Parties' counsel met and conferred regarding a request for a modification of the pleading deadlines and Initial CMC Order and agreed to request the following;

| Response to Complaint | August 25, 2021 |
| --- | --- |
| Opposition to any pleading motion | September 24, 2021 |
| Reply supporting any pleading motion | October 15, 2021 |
| Hearing on any pleading motion | October 28, 2021 at 2:00 p.m. |
| Deadline for Rule 26(f) conference | October 14, 2021 |
| Deadline for Rule 26(f) report | October 21, 2021 |
| Initial case management conference | October 28, 2021 at 3:00 p.m. |

WHEREAS, this is the first request to modify any deadline in this case, and the requested modifications will not impact any other previously set dates;

1  NOW, THEREFORE, IT IS HEREBY STIPULATED, the Parties respectfully request, pursuant to Fed. R. Civ. P. 6 and Civ. L.R. 6-2, that the Court vacate the dates in the Initial CMC Order, extend Apple's deadline to respond to the Complaint, and establish the following schedule:

- Apple's motion to dismiss due: August 25, 2021
- Plaintiff's opposition to the motion due: September 24, 2021
- Apple's reply in support of the motion due: October 15, 2021
- Hearing on the motion: October 28, 2021 at 2:00 p.m.
- Deadline for Parties' Rule 26(f) conference: October 14, 2021
- Deadline to file Rule26(f) report: October 21, 2021
- Initial case management conference: October 28, 2021 at 3:00 p.m.

IT IS SO STIPULATED.

Dated: July 13, 2021                    **DLA PIPER LLP (US)**

*/s/     Isabelle Ord*
Isabelle L. Ord (Bar No. 198224)
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: (415) 836-2500
isabelle.ord@dlapiper.com

Dated:  July 13, 2021                   **SHUB LAW FIRM LLC**

*/s/     Jonathan Shub*
Jonathan Shub (Bar No. 237708)
134 Kings Hwy. E., 2d Floor
Haddonfield, NJ 08033
Telephone: (856) 772-7200
jshub@shublawyers.com

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

**DATED**: July 13, 2021

Hon. Haywood S. Gilliam
United States District Judge

**ATTORNEY ATTESTATION**

Pursuant to N.D. Cal. Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories shown above and that all signatories have authorized placement of their electronic signature on this document.

Dated: July 13, 2021

*/s/ Jonathan Shub*
JONATHAN SHUB

## DECLARATION OF JONATHAN SHUB

I, Jonathan Shub, declare as follows:

1. I am a principal of Shub Law Firm LLC and co-counsel for plaintiff Matthew Price in this action against defendant Apple Inc. ("Apple"). I have personal knowledge of the matters set forth in this declaration and, if called as a witness, I could and would testify competently thereto.

2. I met and conferred with counsel for Apple, Isabelle Ord, on several occasions between May and June 2021 to discuss the matters alleged in the Complaint. Although Plaintiff had filed the Complaint on April 20, 2021, pursuant to Ms. Ord's request, Plaintiff did not serve the Complaint until June 25, 2021, to permit the parties to complete the meet-and-confer process.

3. On July 2, 2021, counsel for Apple contacted me to request an extension of time to respond to the Complaint and to discuss resetting the deadlines in the Court's April 21, 2021 order setting the initial case management conference, several of which would occur before Apple even appeared in this matter.

4. Apple's counsel further explained that Apple intended to move to dismiss the Complaint, and the parties therefore agreed to a briefing schedule under which Apple would file the motion no later than August 25, 2021; Plaintiff would file an opposition no later than September 24, 2021; and Apple would file a reply no later than October 15, 2021.

5. The requested change to the dates will not hinder or harm any proceedings in this matter.

6. This is the first time the parties have sought any scheduling modification in this case.

7. Although I am aware that the Court conducts Case Management Conferences on Tuesdays and Civil Motions on Thursdays, I am respectfully requesting that, in order to avoid two trips from New Jersey, the Court conduct our Conference on the Thursday immediately following the hearing on the motion to dismiss.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: July 13, 2021              */s/ Jonathan Shub*
       Haddonfield, New Jersey      Jonathan Shub