1  Jonathan Shub (C.A. Bar No. 237708)
   Kevin Laukaitis*
2  **Shub Law Firm LLC**
   134 Kings Hwy. E., 2nd Floor
3  Haddonfield, NJ 08033
4  Tel: (856) 772-7200
   jshub@shublawyers.com
5  klaukaitis@shublawyers.com

6  Attorneys for Plaintiff
7  MATTHEW PRICE

8  [Additional counsel on signature page]

9               UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11                     OAKLAND DIVISION

12

13 | MATTHEW PRICE, individually and on behalf of all others similarly situated, | CASE NO.: 4:21-CV-02846-HSG |
14 | | |
15 | Plaintiffs, | **STIPULATED REQUEST TO EXTEND DEADLINE FOR PLAINTIFF TO AMEND COMPLAINT, SET BRIEFING SCHEDULE, AND CONTINUE INITIAL CASE MANAGEMENT CONFERENCE; ORDER (AS MODIFIED); DECLARATION OF JONATHAN SHUB IN SUPPORT OF STIPULATION** |
16 | vs. | |
17 | APPLE, INC., a California corporation, | |
18 | Defendant. | |
19 | | **[FED. R. CIV. P. 6, 15; CIV. L.R. 6-2]** |

Pursuant to Federal Rules of Civil Procedure 6 and 15 and Civil Local Rule 6-2, Plaintiff Matthew Price, individually and on behalf of all others similarly situated, and Defendant Apple Inc. ("Apple," and with Plaintiff the "Parties") stipulate as follows through their undersigned counsel:

WHEREAS, Plaintiff filed the Complaint on April 20, 2021 (ECF No. 1);

WHEREAS, on April 21, 2021, the Court entered an order setting an initial case management conference and ADR deadlines, including a June 30, 2021 deadline for the Rule 26(f) conference; a July 14, 2021 deadline to file the report of the Rule 26(f) conference; and a July 21, 2021 initial case management conference (ECF No. 5, the "Initial CMC Order");

WHEREAS, counsel for the parties engaged in a series of good faith, but ultimately unsuccessful, meet-and-confers regarding the matters alleged in the Complaint;

WHEREAS, Apple was served with the Complaint on June 25, 2021 (ECF No. 12);

WHEREAS, on July 13, 2021, Plaintiff filed the Stipulation with Proposed Order to modify the deadline for responding to the Complaint, set a briefing schedule, and continue the Initial CMC (ECF No. 14, the "First Stipulation");

WHEREAS, on July 19, 2021, the Court granted the First Stipulation, establishing an August 25, 2021 deadline for Apple's response to the Complaint; a September 24, 2021 deadline for Plaintiff's opposition to the motion; and a October 28, 2021 initial case management conference;

WHEREAS, Apple timely filed a motion to dismiss on August 25, 2021 (ECF No. 20);

WHEREAS, Plaintiff has determined to file an amended complaint pursuant to Fed. R. Civ. P. 15(a)(1)(B), which amendment is by right and is not itself by stipulation of the Parties such that any further amendment of the complaint will require consent or leave of court;

WHEREAS, in light of Plaintiff's decision to amend under Fed. R. Civ. P. 15(a)(1)(B), the Parties' counsel conferred regarding an extension of time for Plaintiff to file an amended complaint, modification of the deadlines under the First Stipulation, confirmed that any further

amendment to the complaint will require express consent or leave of court, and agreed to request the following:

| File amended complaint | September 24, 2021 |
|---|---|
| Response to Complaint | October 25, 2021 |
| Opposition to any pleading motion | November 22, 2021 |
| Reply supporting any pleading motion | December 13, 2021 |
| Hearing on any pleading motion | January 6, 2022 at 2:00 p.m. |
| Deadline for Rule 26(f) conference | December 9, 2021 |
| Deadline for Rule 26(f) report | December 16, 2021 |
| Initial case management conference | January 6, 2022 at 3:00 p.m. |

WHEREAS, this is the second request to modify any deadline in this case, and the requested modifications will not impact any other previously set dates;

NOW, THEREFORE, IT IS HEREBY STIPULATED, the Parties respectfully request, pursuant to Fed. R. Civ. P. 6 and 15 and Civ. L.R. 6-2, that the Court vacate the dates in the Initial CMC Order and establish the following schedule:

- Plaintiff's filing of amended complaint: September 24, 2021
- Apple's response to Complaint: October 25, 2021
- Plaintiff's opposition to any pleading motion: November 22, 2021
- Apple's reply in support of any pleading motion: December 13, 2021
- Hearing on the motion: January 6, 2022 at 2:00 p.m. or a date as soon thereafter as may be convenient to the Court
- Deadline for Parties' Rule 26(f) conference: December 9, 2021
- Deadline to file Rule26(f) report: December 16, 2021
- Initial case management conference: January 6, 2022 at 3:00 p.m. or a date as soon thereafter as may be convenient to the Court.

1    **IT IS SO STIPULATED.**

2    Dated: September 16, 2021					**DLA PIPER LLP (US)**

3							 /s/ *Isabelle Ord*
							Isabelle L. Ord (Bar No. 198224)
4							555 Mission Street, Suite 2400
							San Francisco, CA 94105-2933
5							Telephone: (415) 836-2500
							isabelle.ord@dlapiper.com
6

7

8    Dated:  September 16, 2021					**SHUB LAW FIRM LLC**

9							 /s/ *Jonathan Shub*
							Jonathan Shub (Bar No. 237708)
10							134 Kings Hwy. E., 2d Floor
							Haddonfield, NJ 08033
11							Telephone: (856) 772-7200
							jshub@shublawyers.com
12

13

14   **PURSUANT TO STIPULATION, IT IS SO ORDERED** except the hearing on the motion
     and the initial case management conference will be held on January 20, 2022 at 2 p.m.
15

16   **DATED**: September 20, 2021
							Hon. Haywood S. Gilliam, Jr.
17							United States District Judge

CASE NO. 4:21-CV-02846-HSG
STIPULATED REQUEST TO MODIFY DATES AND DECLARATION IN SUPPORT