UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PRICE,

    Plaintiff(s),

v.

APPLE, INC.,

    Defendant(s).

Case No. 21-cv-02846-HSG

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** (CIVIL LOCAL RULE 11-3)

I, __Troy M. Frederick__, an active member in good standing of the bar of __Pennsylvania and Arizona__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Matthew Price & Putative Class__ in the above-entitled action. My local co-counsel in this case is __Jennie Lee Anderson__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __203586__.

| | |
|---|---|
| 836 Philadelphia Street, Indiana, PA 15701 | 155 Montgomery St, Ste. 900<br>San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (724) 801-8555 | (415) 986-1400 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| TMF@FrederickLG.com | jennie@andrusanderson.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __PA Bar- 207461__. __AZ Bar 036848__

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 8, 2021

Troy M. Frederick
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Troy M. Frederick__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/15/2021

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT/~~MAGISTRATE~~ JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Troy M. Frederick, Esq.*

### DATE OF ADMISSION

*April 14, 2008*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated: October 5, 2021

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk

CERTIFICATE OF THE CLERK OF THE SUPREME COURT
OF THE
STATE OF ARIZONA

_____

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### TROY MICHAEL FREDERICK

was on the 26th day of July, 2021 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

Given under my hand and the seal of said Court this 14th day of October, 2021.

TRACIE K. LINDEMAN, Clerk

By _____
Liz Gomez
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **TROY MICHAEL FREDERICK,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on July 26, 2021 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this October 12, 2021.

Michelle R. Martinez
Disciplinary Clerk

## **CERTIFICATE OF SERVICE**

I, Troy M. Frederick, certify that on this date I served a true and correct copy of the foregoing *Amended Application for Admission of Attorney Pro Hac Vice* upon all counsel of record via the Court's CM/ECF system:

    Respectfully,

    Frederick Law Group, PLLC

    Troy M. Frederick
    Troy M. Frederick, Esquire
    836 Philadelphia Street
    Indiana, PA  15701
    Phone: (724) 471-2056
    Facsimile: (724) 801-8358
    Email: *TMF@FrederickLG.com*