UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PRICE

Plaintiff(s),

v.

APPLE, INC.

Defendant(s).

Case No. __4:21-cv-02846-HSG__

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, __ANDREW W. KNOX__, an active member in good standing of the bar of __EDPA, States of PA and NJ__, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: __Plaintiff, Matthew Price__ in the above-entitled action. My local co-counsel in this case is __Jennie L. Anderson__, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: __203586__.

| | |
|---|---|
| Timoney Knox, LLP<br>400 Maryland Drive, Fort Washington, PA 19034<br>MY ADDRESS OF RECORD | Andrus Anderson<br>155 Montgomery Street, Ste. 900<br>San Francisco, CA 94104<br>LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 215-540-2643<br>MY TELEPHONE # OF RECORD | 415-986-1400<br>LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| aknox@timoneyknox.com<br>MY EMAIL ADDRESS OF RECORD | jennie.anderson@andrusanderson.com<br>LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: __PA 306899; NJ 03278-2009; EDPA 306899__.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _____December 10, 2021_____  _____
APPLICANT

===

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of __Andrew W. Knox__ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____12/15/2021_____

_____
UNITED STATES DISTRICT JUDGE



## Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Andrew William Knox, Esq.*

DATE OF ADMISSION

*November 2, 2009*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.



Witness my hand and official seal
Dated:  October 6, 2021

Patricia A. Johnson
Chief Clerk

# Supreme Court of New Jersey



# Certificate of Good Standing

This is to certify that **Andrew W Knox** (No. **032782009**) was constituted and appointed an Attorney at Law of New Jersey on **November 23, 2009** and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.

I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.

Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.

In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 26th day of October, 2021.



*Clerk of the Supreme Court*

-453a-



# CERTIFICATE OF GOOD STANDING

**UNITED STATES OF AMERICA**  
**EASTERN DISTRICT OF PENNSYLVANIA**   }

I, Kate Barkman, Clerk of the United States District Court for the Eastern District of Pennsylvania,

**DO HEREBY CERTIFY** that ANDREW W. KNOX was duly admitted to practice in said Court on as a member of the bar of said Court.

Bar #306899  
11/20/2013, and is in good standing

*Kate Barkman*  
**KATE BARKMAN**  
**Clerk of Court**

CLERK'S OFFICE  
Sworn to and Subscribed  
before me this day  
Oct/8/2021

Deputy Clerk, U.S. District Court  
Eastern District of Pennsylvania

DATED at Philadelphia, Pennsylvania  
on 10/8/2021

BY: *Paige Conti*  
Paige Conti  
**Deputy Clerk**

**CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on December 10, 2021, a copy of the within Application for Admission of Attorney Pro Hac Vice was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Andrew W. Knox, Esquire
Attorney I.D. No. 306899
Timoney Knox, LLP
400 Maryland Ave. PO Box 7544
Fort Washington, PA 19034
Tel. No. 215-646-6000
aknox@mtimoneyknox.com

1811466-1