UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PRICE,

Plaintiff(s),

v.

APPLE, INC.,

Defendant(s).

Case No. 4:21 - CV-02846HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, KEITH T. VERNON, an active member in good standing of the bar of District of Columbia; USDC Northern Ohio; State of Ohio - Inactive Status, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff, Matthew Price in the above-entitled action. My local co-counsel in this case is Jennie L. Anderson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203586.

| | |
|---|---|
| Timoney Knox, LLP<br>1717 K Street, N.w., Suite 900<br>Washington, DC 20006 | Andrus Anderson<br>155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| 202-349-9864 | 415-986-1400 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| kvernon@timoneyknox.com | jennie.anderson@andrusanderson.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: DC 484246; USDC Northern Ohio 0067337; State of Ohio 67337 - Inactive status

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

United States District Court
Northern District of California

1  I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2  the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3  Rules.  I declare under penalty of perjury that the foregoing is true and correct.
4  Dated: December 13, 2021

                                                                    KTV
                                                                    APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  Keith T. Vernon  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:  12/15/2021

                                                                    Haywood S. Gill, Jr.
                                                                    UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

The undersigned does hereby certify that on December 13, 2021, a copy of the within Application for Admission of Attorney Pro Hac Vice was filed electronically. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

*Keith T. Vernon*

Keith T. Vernon, Esquire
Attorney I.D. No. 484246
Timoney Knox, LLP
1717 K Street, N.W., Suite 900
Washington, DC 20006
202-349-9864
kvernon@mtimoneyknox.com

1811466-1



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Keith T Vernon*

was duly qualified and admitted on November 14, 2003 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) ACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on August 11, 2021.**

*Julio A. Castillo*

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

## CERTIFICATE OF GOOD STANDING

I, _____ Sandy Opacich _____, Clerk of this Court,

certify that _____ Keith T. Vernon _____, Bar # _____ 0067337 _____,

was duly admitted to practice in this Court on _____ 10/17/1997 _____, and is in good standing as a member

of the Bar of this Court.

Dated at _____ Toledo, Ohio _____ on _____ 08/11/2021 _____
           *(Location)*           *(Date)*

*Sandy Opacich*
  CLERK

*[signature]*
  DEPUTY CLERK

# THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, GINA WHITE PALMER, Director of the Attorney Services Division of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Office of Attorney Services of the Supreme Court and that the Attorney Services Division is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**Keith Thomas Vernon**
Attorney Registration No. **67337**

was admitted to the practice of law in Ohio on November 14, 1996; is in good standing with the Supreme Court of Ohio; but has registered as an inactive attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio and, therefore, is not currently entitled to practice law in this state. An attorney may request a change of status from inactive to active by filing a new certificate of registration and paying the registration fee.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 16th day of November, 2021.

GINA WHITE PALMER
*Director, Attorney Services Division*

Bradley J. Martinez
*Attorney Services Counsel*

No. 2021-11-16-1
Verify by email at GoodStandingRequests@sc.ohio.gov