UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PRICE,

Plaintiff(s),

v.

APPLE, INC.,

Defendant(s).

Case No. 4:21-cv-02846-HSG

**AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Beth A. Frederick, an active member in good standing of the bar of Pennsylvania and Arizona, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Matthew Price & Putative Class in the above-entitled action. My local co-counsel in this case is Jennie Lee Anderson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203586.

| | |
|---|---|
| 836 Philadelphia Street, Indiana, PA 15701 | 155 Montgomery Street, Suite 900<br>San Francisco, CA 94104 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL'S ADDRESS OF RECORD |
| (724) 801-8555 | (415) 986-1400 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD |
| BAF@FrederickLG.com | jennie@andrusanderson.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: PA Bar 308628, AZ Bar 036835.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 15, 2021            Beth A. Frederick
                                                       APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Beth A. Frederick is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/15/2021

*Haywood S. Gilliam Jr.* (signature)
UNITED STATES DISTRICT JUDGE



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

### Beth Ann Frederick, Esq.

**DATE OF ADMISSION**

*October 22, 2010*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 5, 2021

*Patricia Nicola*

Patricia A. Nicola
Chief Clerk

# CERTIFICATE OF THE CLERK OF THE SUPREME COURT
## OF THE
## STATE OF ARIZONA

---

I, Tracie K. Lindeman, Clerk of the Supreme Court of the State of Arizona, hereby certify that, according to the records of my office and upon the recommendation of the Disciplinary Clerk of the Supreme Court of Arizona

### BETH ANN FREDERICK

was on the 23rd day of July, 2021 duly admitted to practice as an Attorney and Counselor at Law in all the courts of Arizona; that no disciplinary proceedings are pending against this attorney in the Arizona Supreme Court as of the date of this certificate; and that this name now appears on the Roll of Attorneys in this office as an active member of the State Bar of Arizona in good standing.

*Given under my hand and the seal of said Court this 14th day of October, 2021.*

TRACIE K. LINDEMAN, Clerk

By _____
Liz Gomez
Deputy Clerk II

# CERTIFICATE OF GOOD STANDING
# ISSUED BY THE DISCIPLINARY CLERK
# FOR AND ON BEHALF OF
# THE SUPREME COURT OF ARIZONA

The Disciplinary Clerk pursuant to Rule 74, Rules of the Supreme Court of Arizona, hereby certifies that according to the records of the State Bar, **BETH ANN FREDERICK,** was duly admitted to practice as an attorney and counselor at law in all courts of Arizona by the Supreme Court of Arizona on July 23, 2021 and is now, as of the date of this Certificate, an active member of the State Bar of Arizona in good standing.

Given under the seal of the Disciplinary Clerk of the Supreme Court of Arizona this October 12, 2021.

Michelle R. Martinez
Disciplinary Clerk