Jennie Lee Anderson (SBN 203586)
**ANDRUS ANDERSON LLP**
155 Montgomery Street, Suite 900
San Francisco, California 94104
Tel: (415) 986-1400
Fax: (415) 986-1474
jennie@andrusanderson.com

Jonathan Shub (C.A. Bar No. 237708)
Kevin Laukaitis *
**SHUB LAW FIRM LLC**
134 Kings Hwy. E., 2nd Floor
Haddonfield, NJ 08033
Tel: (856) 772-7200
Fax: (856) 210-9088
jshub@shublawyers.com
klaukaitis@shublawyers.com

Troy M. Frederick *
Beth A. Frederick *
**FREDERICK LAW GROUP, PLLC**
836 Philadelphia Street
Indiana, PA 15701
Tel: (724) 801-8555
Fax: (724) 801-8358
tmf@fredericklg.com
baf@fredericklg.com

Keith T. Vernon *
Andrew Knox *
**TIMONEY KNOX, LLP**
400 Maryland Ave, PO Box 7544
Fort Washington, PA 19034-7544
Tel: (215) 646-6000
Fax: (215) 591-8258
kvernon@timoneyknox.com
aknox@timoneyknox.com

*Counsel for Plaintiff and Proposed Classes*
*Counsel Admitted Pro Hac Vice*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MATTHEW PRICE, individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> APPLE, INC., a California corporation, <br><br> Defendant. | Case No.: 21-cv-02846 <br><br> **SECOND AMENDED CLASS ACTION COMPLAINT** <br><br> **JURY TRIAL DEMANDED** |

1874415-1

Plaintiff, Matthew Price, by and through his undersigned counsel, Andrus Anderson, LLP, Shub Law Firm LLC, Frederick Law Group, PLLC, and Timoney Knox, LLP, on behalf of himself and all others similarly situated, brings this *Second Amended Class Action Complaint* against Apple, Inc. (hereinafter "Apple" or "Defendant"), and alleges as follows upon personal knowledge as to himself and his own acts and experiences and, as to all other matters, alleges, upon information and belief based upon, *inter alia*, investigations conducted by his attorneys:

## NATURE OF THE CASE

1. This is a class action lawsuit brought by Plaintiff, Matthew Price, individually and on behalf of similarly situated Classes of consumers against Apple.

2. Plaintiff and members of the Classes each had an Apple ID and purchased from Apple "Apps"[1] and "Content" including movies, music, games, media, books, Apps, and/or made in-app purchases of "Content" and/or "Services"[2] (collectively "Content") through the use of an Apple ID[3] via either an Apple device, such as an iPhone, iPad, Mac, Apple Watch, and/or Apple TV, and/or a non-Apple manufactured device.

3. As set forth below, on information and belief, Apple has a uniform policy and practice of terminating Plaintiff's and members of the Classes' Apple IDs after they lawfully

---

[1] The Apple Media Service *Terms and Conditions* last updated September 16, 2020, attached hereto as "Exhibit A," states that the term "App" "includes apps and app clips for any Apple platform and/or operating system, including any in-app purchases, extensions (such as keyboards), stickers, and subscriptions made available in such apps or app clips."

[2] "This Agreement governs your use of Apple's services ("Services"), through which you can buy, get, license, rent or subscribe to content, Apps [], and other in-app services (collectively, "Content"). Content may be offered through the Services by Apple or a third party." (*See* "Exhibit A").

[3] "An Apple ID is the account you use across Apple's ecosystem." (*See* "Exhibit A"). It consists of an email address and a password to log-in to access Content.

1874415-1

engage in chargebacks,[4] and then refuse to provide access to their apps, Services, Content and/or unspent money in their Apple accounts.

4.     "Chargebacks are different from refunds, but both can result in [a customer] receiving a credit for an order that went wrong or a fraudulent charge on [a customer's] account. [] Chargebacks are a consumer protection tool that allow consumers to get their money back for fraudulent charges or purchases that don't live up to standards by submitting a dispute with their card issuer. [] A refund comes directly from a merchant, while a chargeback comes from [a customer's] card issuer."[5]

5.     As set forth below, on information and belief, Apple has a uniform policy and practice of retaining and not returning unspent money that Plaintiff's and members of the Classes' had in their Apple accounts when Apple terminated their Apple IDs.

6.     Defendant's conduct, as set forth herein, breaches its *Apple Media Services Terms and Conditions* (hereafter "*Apple's Terms*" or "*Terms*", *Exhibit A*).

### BACKGROUND

7.     Apple designs, manufactures, and markets smartphones, personal computers, tablets, watches, and accessories, and sells, or otherwise makes available, related Content.

8.     Apple consumers who want to obtain Content, iCloud storage, or make in-app purchases must do so through Apple using an Apple ID.  Apple consumers must create an Apple

---

[4] A chargeback is a charge that is returned to a payment card after a customer successfully disputes an item on their account statement or transactions report. A chargeback may occur on debit cards (and the underlying bank account) or on credit cards. Chargebacks can be granted to a cardholder for a variety of reasons and are not considered refunds. Chargebacks are a lawful consumer tool that is regulated by Federal Law, specifically the Electronic Fund Transfer Act and the Truth in Lending Act. *See* https://www.investopedia.com/terms/c/chargeback.asp#:~:text=A%20chargeback%20is%20a%20charge,for%20a%20variety%20of%20reasons.
[5] https://www.cnbc.com/select/what-is-a-chargeback/

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

ID and register a valid method of payment to make payments to Apple for any purchases made through Apple.  Even free Apps, Content, and Services obtained through Apple require an Apple ID and valid method of payment.  The following is a screen capture from Apple's website that further explains this process:[6]



9.      As part of the related content and services that it sells, Apple operates various platforms, including its App Store.  The App Store is a digital distribution platform for mobile apps on its iOS & iPadOS operating systems.  The App Store allows consumers to browse, download, and/or purchase Apps developed with Apple's iOS Software Development Kit.  Apps can be downloaded on the devices that Apple manufactures and sells, such as iPhones, iPads, Macs, Apple Watches, and/or Apple TVs.

[6] https://support.apple.com/en-us/HT202631

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

10.     To purchase and/or access Services, Apps, and/or Content through Apple, one must do so using an Apple ID.  The following are screen captures from Apple's website which describe Apple IDs: [7]



## Where can I use my Apple ID?

You can sign in to all Apple services with a single Apple ID and password.

John Appleseed
j.appleseed@icloud.com

Your Apple ID is the account you use to access Apple services like the App Store, Apple Music, iCloud, iMessage, FaceTime, and more. It includes the email address and password you use to sign in as well as all the contact, payment, and security details you use across Apple services.

These are some of the most widely used services that you access with your Apple ID:

- App Store & Apple Arcade
- Apple Books
- Apple Fitness+
- Apple Music & music purchases
- Apple News
- Apple Online Store
- Apple Pay, Apple Card, and Apple Cash
- Apple Podcasts
- Apple Retail services and programs (Concierge, Joint Venture, workshops, and youth programs)

- Apple Store app
- Apple Support Communities
- Apple TV, Apple TV+, and Apple TV channels
- FaceTime
- Family Sharing
- Find My
- Game Center
- iCloud
- iMessage
- iTunes
- Sign in with Apple

---

[7] https://support.apple.com/en-us/HT202659

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

11.     Apple acknowledges in its *Terms* that, "[u]sing our Services and accessing your Content may require an Apple ID.  An Apple ID is the account you use across Apple's ecosystem. Use of Game Center is subject to this Agreement and also requires a Game Center account.  Your account is valuable, and you are responsible for maintaining its confidentiality and security." *Exhibit A*.

12.     By design, many of Apple's apps and the Content it offers are essential to its users' everyday lives, including apps that act as or store its customers' wallets, driver's licenses[8], car keys, airline boarding passes, public transit passes, provide safe directions, store their verifiable COVID-19 vaccination cards, monitor their health, and schedule doctors' appointments. As such, Apple has purposefully created apps and content that are much more than mere "nonessential recreational activity". For example, Apple released the following summary of its essential offerings:

> Apple also continues to deliver on its vision of replacing customers' physical wallets with Wallet, an easy-to-use and secure digital wallet. Wallet helped customers access important information about their health in 2021, with the ability to add and view verifiable COVID-19 vaccination cards, and in Australia, health insurance cards. Digital tickets in Wallet helped venues and their guests create safe, contactless experiences, and last year, customers used 30 million NFC tickets in Wallet for events across music, sports, theater, and more across the US and Canada. The ability for customers to simply tap their iPhone or Apple Watch to pay and ride transit is now available in more than 200 cities across the globe after recently debuting in China (Nanchang and Foshan), Russia (Kazan), and Sweden (Malmo), as well as in San Francisco with the Clipper card. Student IDs in Wallet helped university students in the US and Canada safely and securely get around campus. And for travelers, Apple rolled out the first hotel room keys at select Hyatt properties in the US while also unlocking magical moments for Walt Disney World visitors with Disney

---

[8] *Apple launches the first driver's license and state ID in Wallet with Arizona*, https://www.apple.com/newsroom/2022/03/apple-launches-the-first-drivers-license-and-state-id-in-wallet-with-arizona/

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

> MagicMobile passes in Wallet. Users can look forward to support for home keys and corporate badges, as well as state IDs and driver's licenses, this year.
>
> []
>
> Maps also introduced an enhanced navigation experience with additional road details that help drivers navigate through cities more easily and safely; powerful transit updates that allow users to pin their favorite lines in Maps, and receive notifications on iPhone or Apple Watch when it's time to disembark a selected route; and step-by-step walking guidance in augmented reality.[9]

13.    Without an operable Apple ID, an Apple customer cannot access the Content and Services they purchased from and/or through Apple on the Apple platform or the money they have uploaded to their Apple accounts.

14.    Upon information and belief, Apple has sold over 1.5 billion active Apple devices, and the vast majority of these devices are associated with an Apple ID.[10]

**JURISDICTION AND VENUE**

15.    This Court has subject matter jurisdiction pursuant to the Class Action Fairness Act of 2005 ("CAFA"), 28 U.S.C. § 1332(d).   The amount in controversy exceeds the aggregate sum of $5,000,000 exclusive of interest and costs, there are over 100 putative class members, and minimal diversity exists because at least one member of the Class is a citizen of a different state than Defendant.

16.    This Court has personal jurisdiction over Defendant because it is authorized to and regularly conducts business in California and its principal place of business is in California.

---

[9]    https://www.apple.com/newsroom/2022/01/apple-services-enrich-peoples-lives-throughout-the-year/ (last accessed on April 19, 2022).
[10]    https://9to5mac.com/2020/01/28/apple-hits-1-5-billion-active-devices-with-80-of-recent-iphones-and-ipads-running-ios-13/ (last accessed on March 17, 2021).

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

17. Venue is proper in this District under 28 U.S.C. § 1391(b)(2) because Defendant resides in this District and a substantial part of the events or omissions giving rise to Plaintiff's claims occurred in this District.

## INTRADISTRICT ASSIGNMENT

18. Pursuant to Civil Local Rule 3-2(c-e), a substantial part of the events giving rise to the claims herein arose in Santa Clara County, California, and this action should be assigned to the San Jose Division.

## THE PARTIES

19. Plaintiff, Matthew Price, is an adult citizen and resident of Pennsylvania, residing in Cambria County, Pennsylvania.

20. Defendant Apple is a California corporation with its headquarters and principal place of business in Cupertino, California, which lies within this District. Apple is a citizen of California. In addition to being headquartered and having its principal place of business in Cupertino, California, Apple transacts substantial business throughout the State of California, through advertising, marketing, and ownership of numerous Apple retail stores throughout California, including several in this District. Further, substantially all of the misconduct alleged in this Complaint occurred in and/or emanated from this district in California.

## FACTS

21. At all times relevant hereto, Mr. Price had an Apple ID and was in a contract with Apple. *See Exhibit* A.

22. At no time did Mr. Price breach Apple's *Terms*.

7

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

23.    At all times relevant hereto, Mr. Price owned an iPhone, iPad, and MacBook Pro. Since January 8, 2015, he has used his Apple ID to buy Content and Services from Apple, spending  $24,590.05, for use on his Apple devices, doing so in a lawful manner at all times.

24.    During his time as an Apple customer, Mr. Price made numerous in app game purchases through Apple, many of which did not work as advertised or at all.[11]  When Mr. Price complained to Apple about these purchases that did not work, Apple advised him to contact the game/app developer for redress.  When Mr. Price contacted the app/game developer about the items he purchased that did not work, the app/game developer advised him that they could not refund his money or do anything to help him since the purchases were made from Apple.  When Mr. Price again contacted Apple for guidance on how he could be reimbursed for his purchases of products that did not work, Apple advised him to talk to his bank/credit card company to have them chargeback the money he spent on said purchases. As such, Mr. Price followed Apple's guidance and instituted chargebacks for purchases he made of products that did not work.

25.    On or about October 27, 2020, as he had done before, as one of his final actions before Apple unlawfully terminated his Apple ID, Mr. Price deposited $10.00 to his Apple account from his checking account.

26.    On or about October 29, 2020, after Mr. Price followed Apple's advice and made multiple chargebacks, Apple terminated Mr. Price for breaching its terms by engaging in chargebacks.

27.    On or around December 29, 2020, during one of Mr. Price's many telephone calls with Apple, an Apple representative specifically told Mr. Price that his Apple ID was terminated

---

[11] An in app game purchase is a purchase made through Apple while using an app, typically for access or items that otherwise could not be obtained while playing the game or that could only be obtained after significantly more game play.

8

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

because he initiated chargebacks. Upon information and belief, Apple records all of its customer phone calls and Mr. Price expects that Apple has the content of this telephone call available.[12]

28.     As such, upon information and belief, Apple terminated Mr. Price's Apple ID because he initiated lawful chargebacks, which are not prohibited by Apple's *Terms*.

29.     When Apple unlawfully terminated Mr. Price's Apple ID, it permanently deprived him of the $24,590.05 worth of Services and Content he bought from Apple to be used on his Apple devices.

30.     In addition to losing access to his Apple ID Content on his Apple devices, Mr. Price also had an account balance of $7.63 in unspent money in his Apple account when Apple terminated his Apple ID, which he can longer access and which Apple has refused to return to him.[13]

---

[12] To date, as a result of ongoing negotiations regarding Apple's requirement to have a confidentially order in place prior to production of documents, Plaintiff has not received any documents pursuant to Apple's obligations to produce under Fed. R. Civ. P. 26(a)(1).

[13] Please see the following Screen Capture of Mr. Price's Apple Account Balance Screen Shot taken on April 6, 2021.

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

31.     After terminating his Apple ID, Apple representatives advised Mr. Price that he could immediately create a new Apple ID and re-purchase his content.

32.     Regardless of why Apple terminated a customer's Apple ID, Apple's *Terms* do not give Apple the authority to retain or restrict unspent money in a customer's Apple account if Apple terminates a customer's Apple ID. *See Exhibit A*.

33.     Despite Apple's claim that chargeback "abuse" is prohibited by Section L of its *Terms,* Apple's *Terms* do not prohibit or even address chargebacks, let alone define what abuse means in the context of a chargeback. *Exhibit* A at § L & *ECF 32* at 27-28 fn 9.

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

**APPLE'S TERMS**

34.    *Apple's Terms* states:

TERMINATION AND SUSPENSION OF SERVICES

If you fail, or Apple suspects that you have failed, to comply with any of the provisions of this Agreement, *Apple may, without notice to you: (i) terminate this Agreement and/or your Apple ID, and you will remain liable for all amounts due under your Apple ID up to and including the date of termination; and/or (ii) terminate your license to the software; and/or (iii) preclude your access to the Services.*

Apple further reserves the right to modify, suspend, or discontinue the Services (or any part or Content thereof) at any time with or without notice to you, and Apple will not be liable to you or to any third party should it exercise such rights.

(Emphasis added) *Exhibit A*.

35.    *Apple's Terms* defines "Services" as follows, "[t]his Agreement governs your use of Apple's services ('Services'), through which you can buy, get, license, rent or subscribe to content, Apps (as defined below), and other in-app services (collectively, 'Content')." *Exhibit A* § A. As such, the unspent money remaining in their Apple accounts when Apple terminated Plaintiff's and the Class's Apple IDs is not "Services" under the *Terms*. *Id*.

36.    However, *Apple's Terms* do not prohibit chargebacks. *Exhibit A.* As such, Apple cannot determine that Plaintiff and the members of the Classes violated its *Terms* for engaging in chargebacks without breaching the controlling contract.

37.    Further, *Apple's Terms* do not permit it to seize and retain or restrict Plaintiff's and the members of the Classes' unspent money in their Apple accounts when it terminates their Apple IDs.

38.    The following is a sampling of complaints regarding Apple's unlawful practices:

11
SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1



NOes46

· Level 1  (4 points)

## Q: My account balance has been disabled for no reason

My account balance has been disabled for no reason. I made an order to get a new iPhone, but they canceled it and locked my account. when I talked with them, they said your account has been disabled permanently. all of this for no reason I did not do anything. right now my money is suspended in the account. Also, I cant use it.

Posted on Nov 1, 2021 3:04 PM

*https://discussions.apple.com/thread/253320013*

tao119    ·    Level 1 (18 points)

Dec 10, 2021 10:22 PM in response to NOes46

Same issue here, just redeemed $100 apple gift card to my account balance yesterday, next day aka today, it shows my apple account balance is disabled. It happened before to my old Apple ID 1 year ago.

Apple gift card system is a complete mess and they trading gift card like credit card which is why they will disable it, if their system sees it doesn't match something. But they don't have the solution to unfreeze it. So they are like we are protecting you by block anyone including you the own from EVER use it to buy or pay anything every again.

[Edited by Moderator]

*Id.*

1874415-1

**Q:** Apple permanently disabled my account for App Store and iTunes because I used eleven Apple gift cards

TL;DR: Apple flagged my account for fraud because I purchased eleven Apple gift cards in the past 60 days (legitimately). They've permanently disabled my Apple account for App Store and iTunes. I've lost access to all purchased apps, subscriptions, music, content, as well as my gift card balance, and will never get it back. According to them, the only option is to create a new Apple ID and start over.

----

In the past two months, I purchased eleven Apple Gift cards from Amazon, Target, and apple.com, and added the amounts to my Apple account. The gift card amounts ranged from $25 to $150 each, totalling $905. I have receipts to prove all the purchases are legitimate.

Two days ago, I noticed I was unable to update apps or play music from iTunes Match on my iPhone or MacBook Pro. The error was "Your account has been disabled in the App Store and iTunes". I chatted with support at apple.com, and they were able to unblock my account. The next day, my account was blocked again. Support unblocked my account again. Both times, they said they were unable to tell me why the account was blocked, except that I had violated the iTunes terms and conditions. I read the T&C, nothing I did violated any terms. Today, my account was blocked for a third time. I called Apple, and they said my account is now permanently blocked. I escalated to a senior advisor, who spoke with the iTunes fraud department, and confirmed my account was flagged for using too many gift cards on my account. I explained that the gift cards were purchased legitimately, and I could send receipts. They said there is nothing they can do, and suggested that I create a new Apple ID and start over. It is odd that my account was blocked repeatedly over a couple days, even though the last gift card I applied to my account was Nov 29.

I've lost access to thousands of dollars of apps that I have purchased through the App store, current app subscriptions, my App Store balance, and my music collection of thousands of CDs uploaded to iTunes Match. Not to mention the loss in productivity in my business dealing with this issue and the time I will have to spend recreating all that has been lost.

I've used Apple products since 1990, have owned more than 13 Macs, and always considered Apple a partner in my life. It's a grim reality that Apple's antifraud system can permanently ban an innocent person. I feel like I have been kicked in the stomach.

I've already escalated this as high as I could with Apple's phone support (I spoke with Craig with the media services department). He said *nobody at Apple can unlock my account*. This is Apple's fault, and it appears I have no recourse except to accept the loss.

Does anyone have any suggestions how to resolve this? Is anyone in Apple's Fraud Detection department reading this?

https://discussions.apple.com/thread/253430231

13

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

quinncom | · Level 1 (19 points)                                    ★ Helpful

Dec 6, 2021 6:55 PM in response to quinncom

Hello everybody. I have a happy (and hopefully final) update to share: Apple unblocked my account.

I received a call from Isabela with Apple's Corporate Executive Relations, who explained that my account was blocked in error "because of a glitch" affecting more than a few users. She said they're working with engineering to fix the problem.

I suggested that, based on the stories I've heard of others who also had their accounts blocked, the problem appeared to be that the fraud-detection algorithm has been generating false positives. She said, "yes, something like that."

I would like to suggest that the real glitch is not the algorithm, but rather Apple Support's obstinance and the lack of recourse. I should not have had to email Tim or repeatedly debate with Apple's phone support or spam my story all over the internet to get this resolved. Apple should have passed my case to an internal investigation team with whom I could have disputed my case.

My App Store and iTunes is working again (for now). In the meantime, I'm going to download all my music from iTunes Match to save an offline copy, and from now on I will prefer buying apps outside the App Store whenever possible (at least on macOS; there is no alternative to the App Store for iOS).

Thank you all for your advice and support.

For those of you who still have your account blocked, I would recommend the following:

- Call Apple Support at 1-800-275-2273
- Tell them your account has been blocked in error. Explain how you've been in communication with others who have also been erroneously blocked including those like myself. You can say that we received confirmation from "Isabela at Corporate Executive Relations" that there is an acknowledged glitch that the engineering team is aware of and working to fix.
- If the support person isn't sympathetic to your case, gracefully get off the phone and call back later and speak to a different person.
- Post your story on social media, tag Apple.
- Continue lobbing for an alternative to the App Store and monopolistic walled gardens. ✊

*Id.*

14
SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

r/applehelp • Posted by u/EdwardDoheny 2 years ago

**Ramifications of an Apple ID suspension after chargeback?**

I talked to an Apple rep for about an hour after trying to get a refund for an automatic app renewal charge ($40), which I canceled the day it was set to renew. They refused to refund me and refused to tell me why. I am contemplating filing a dispute with PayPal, but the Apple rep heavily implied that I'm going to be punished if I do that. So my question is, if my Apple ID gets suspended, does that mean I just have to change my ID to a different email and/or change my credit card? Or is this something more permanent?

If all else fails, I can live with the app for a year, but I'm kind of irritated because I don't really *need* it and I'll be reminded of my irritation with Apple every time I see it.

*https://www.reddit.com/r/applehelp/comments/enfza3/ramifications_of_an_apple_id_suspension_after/*

r/applehelp • Posted by u/spartanyogi 20 days ago

**Child made over $100 in unauthorized purchases. Apple is telling me no refund. Am I really just out of luck?**

iOS

We try to use the "ask for permission" feature but it rarely works and actually asks for permission. My wife and I were outside working and my 8 YO daughter figured out if she lied about her DOB she could buy whatever she wanted. About $110 of unauthorized purchases.

I submitted refund claims the day the purchases were made, and I appealed the decisions when they were first rejected. I called Apple Support today. And now I am honestly much angrier than I was before I called.

I've been using Apple stuff since before the iPod, currently use two iphones, two ipads, an appletv, a macbook, and the most expensive monthly subscription to all their services and this is the first time I've needed their help on this sort of thing. I've even owned Apple stock intermittently. I made one AppleCare claim on an iphone 7+ I think? And they're not telling me anything or offering to help.

The advisors on the phone also gave me the most threatening corporate speak I've ever heard. It's "strongly advised" not to do a chargeback but they can't stop me. Wow. Threatening to kill my account?

Am I really supposed to just suck this up? Is there really no one at Apple that can help us?

*https://www.reddit.com/r/applehelp/comments/tu446f/child_made_over_100_in_unauthorized_purchases/*

15

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

r/applehelp · Posted by u/Careless-Jackfruit-5 8 months ago

Is Apple support out of their mind? Is stealing money okay? Refund decline

Unsolved

Hi!

1. Wanted to buy some coins in game
2. Card declined - old card
3. OK updating payment method with new credit card
4. Oh, there's ApplePay, why not - it is same credit card actually
5. Two ways of payment - but probably will have a way to choose
6. Go back to game, try to buy coins
7. Face verification
8. Coins appeared in double number WTF
9. Oh, they took twice money
10. One time from ApplePay
11. One time from credit card directly
12. Refund
13. NO
14. Refund dispute - It's not okay - it was bug, it's stealing. Please give me my money back.
15. NO
16. WTF FACE
17. Refund on another transaction
18. Same story
19. Ok calling support center
20. We cant help you - it's another department but can't give you contact to them - but I advice you to do chargeback from bank
21. Ok I know but I wanted to avoid that so it's easier to talk me and you, hoped we do not need third person here - bank
22. Ok please wait
23. Ah so - do not do chargeback - in fact if Apple see it - there's 80% chance they're gonna ban you from istore.
24. WTF FACE ever had

I can't do anything to get my money back because of Apple bug or Pokemon GO bug that took money from two sources at once instead of giving me a choice to choose one or pick from the one that is the default.

How can I contact istore support? I can't reopen dispute (clever move you Apple... there's 8th ring of fire in hell for ppl like that), I can't call support cause they're saying no way to do that - on page I can only get a call from ppl who advice me to get banned on their own store XDDD WTF

*https://www.reddit.com/r/applehelp/comments/pj1n1b/is_apple_support_out_of_their_mind_is_stealing/*

16
SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1



isabbath

· Level 1  (4 points)    Apple ID

Q: Apple ID permanently disabled with little to no help at Apple Customer Support

I am a regular customer in purchasing apps and itunes musics. One day in January 2019, I received a purchase error message, so I contacted Apple customer support hoping to resolve this issue. The product I was purchasing is in app currency for a popular game "Epic Seven" which still remains in the app store as of 10/16/2019. This lead to a chain of discussing and apple permanently disabling my apple ID saying standard legal fluff like I am in violation of their terms of sales and services. I was always careful with Apple and had stored apple gift card balance into my apple account and made sure I have sufficient funds for the apps or products I was purchasing.

I called apple support numerous times, but they were no help. They told me everything I purchased and the funds I have in my apple account is permanently locked. Furthermore, apple support's only response was for me to open a new apple account... which is not solving or providing any relevant information to prevent the same problem from happening again.

Frustrated, I searched online for a similar situation and stumbled across this forum discussion:
https://discussions.apple.com/thread/3660791
In the post, user TehCount seem to have the same problem as me. I do believe my case is apple incorrectly flagging my purchase. At this point in time 10/16/2019, I am just tired and exhausted all the possible solution/phone calls.

Posted on Oct 16, 2019 11:14 AM

(Emphasis added) https://discussions.apple.com/thread/250752046

17
SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1



TehCount

· Level 1 (1 points)

Q: My Account Closed with Phony Explanation!

I haven't been this angry with a company in a long time. I've had my Apple ID for 4+ years, and I have bought hundreds of apps and songs with it. It's assigned to my only and primary email. Last year my account was hacked and somebody purchased Chinese apps using a (stolen?) credit card. My credit card and information on the account was completely changed. Apple disabled my account and I needed to reset my password and change everything back.

Last week I attempted to update my iPad2 apps and recevied a message, "Your Apple ID has been disabled". Thinking my account had again been hacked, I quickly checked my iTunes purchase history.. No issues there and everything looked legit. I changed my password, but my account was still disabled. I then filed a support ticket. I received this explanation:

"The owner of a credit card that was associated with your account has refuted iTunes Store charges, made with your account, with his or her credit card company."

I have not disputed or even talked to my credit card company in months. I have made purchases with the card every day, with no issue. I have nothing in my iTunes purchase history which is not accounted for on my credit card statement. Yet Apple claims that I have refuted an iTunes store charge, and just decided the best way to handle this was to permanently close a long standing account!

I have and will continue contacting Apple until I found out what is going on here. After spending probably close to $1000 in apps I find it absolutely ridiculous that they are just going to kill my account, making it impossible for me to update any of my apps.

iPad 2, iOS 5.0.1

Posted on Jan 17, 2012 1:09 AM

(Emphasis added) https://discussions.apple.com/thread/3660791

Jsjxyz     ·   Level 1 (6 points)

Feb 24, 2012 5:51 PM in response to TehCount

Same thing's happening to me,

What I am so dissapointed, is I couldn't upgrade my apps both in iOS and Mac.

It would be understandable if Apple disallow me to purchase a new ones, but they should honor the past purchases.

Think about all the apps that I had been paid and all the games that had reach a certain levels that I have to replay from beginning again.

Jerry

(Emphasis added) *Id.*

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

Posted by u/nhat_322 7 months ago

## Your account has been disabled in the App Store and iTunes

So this happened to my apple account last night,
Called the apple support with my phone,
the first time and the second time, they said it was the system ban it not them, they can't state the specific reason that got me ban just that i violated the TOS, and nothing they can do about it.
Very frustrated with phone support so I tried to contact apple support through online chat, and they said that i need to contact phone support cuz chat channel cant help me with this.
Im sure that I didnt violate any Tos like the support said, everything from my ID is real information, name, phone number, billing address, I bought the itunes gift card at the supermarket so i dont think that would be the problem, still have the physical card and bill.

Called the apple support for a third time, tried my luck with an english speaking one (Im not from an english speaking country), he still said the same think as the previous one like a scripts. I told him how frustrated and insecured I am about the sistuation, I told him that I need a specific reason how i got ban to keep this from happening again, and he said that I should use credit card and not gift card LOL. So if its like that so what the point of gift card if even legitimately buying one could lead to your account suspension.

So in the result, nothing worked out, my account got banned along with the remaining itunes credit in it, and they suggested that I create a brand new one cuz my appid is gone for good.
Lost my trust on apple now this makes me feel really insecure that this might happen again, if anyone can tell me any way to resolve this or to prevent this from happening again please tell me.

(Emphasis added)
https://www.reddit.com/r/apple/comments/hz8eko/your_account_has_been_disabled_in_the_app_store/

39.    Accordingly, Plaintiff, on behalf of himself and the members of the first proposed Class, seek to recover the money paid to Apple for Apps, music, movies, TV shows, services and/or other Content they purchased but were prohibited from accessing when Apple erroneously terminated their Apple IDs because they engaged in chargebacks.

40.    If Apple has a policy regarding chargebacks and the termination of Apple IDs for those customers who initiate chargebacks, Apple has not included that policy in its *Terms* or made such policy available to its customers.

1874415-1

41. When a consumer initiates a chargeback, the consumer's financial institution goes through a process to verify that the chargeback request is valid while including the merchant in the process.

42. At no time did Mr. Price breach the *Terms* and in fact was in compliance with the *Terms.*

43. Additionally, Plaintiff, on behalf of himself and the members of the second proposed Class, seeks to recover the unspent money they had in their Apple accounts when Apple terminated their Apple IDs.

## CLASS ACTION ALLEGATIONS

44. Pursuant to the provisions of *Federal Rules of Civil Procedure 23(a), (b), and (c),* Plaintiff brings this action on behalf of himself and the following Nationwide Classes (the "Classes"):

> **All persons in the United States who had an Apple ID and who had their Apple ID terminated for engaging in chargebacks and who were deprived access to the unspent money in their Apple account and the purchased Content and/or Services in their Apple account.**
>
> **And**
>
> **All persons in the United States who had an Apple ID which Apple terminated and who had unspent money in their Apple account when their Apple ID was terminated.**

45. Excluded from the Classes are Apple itself, any entity in which Apple has controlling interests, and Apple's officers, directors, legal representatives, successors, subsidiaries, and assigns; and any judicial officer presiding over this matter, members of their

1874415-1

immediate family, members of their judicial staff, and any judge sitting in the presiding court system who may hear an appeal of any judgment entered.

46.    Certification of Plaintiff's claims for classwide treatment is appropriate because Plaintiff can prove the elements of his claims on a classwide basis using the same evidence as would be used to prove those elements in individual actions asserting the same claims.

47.    This action has been brought and may be properly maintained on behalf of the Class proposed herein under *Rule 23* of the Federal Rule of Civil Procedure and satisfies the numerosity, commonality, typicality, adequacy, predominance, and superiority requirements of its provisions.

48.    Plaintiff reserves the right to amend the Class and/or Subclass definitions based on information learned through discovery.

49.    **Numerosity - *Fed. R. Civ. P. 23(a)(1)***: Consistent with *Rule 23(a)(1)*, the members of the Class are so numerous and geographically dispersed that the joinder of all members is impractical.  While the exact number of Class Members and Subclass Members (collectively, "Class Members") is unknown to Plaintiff at this time, there are hundreds of thousands of Apple customers who have, or have had, an Apple ID, and: 1) who had Apple erroneously terminate their Apple IDs during the class period because of chargebacks and who have been prevented from accessing their Content and unspent money; and 2) who had Apple terminate their Apple IDs during the class period with unspent money in their Apple Accounts. The members of the Class can be readily identified through Apple's records.

50.    **Commonality and Predominance - *Fed. R. Civ. P. 23(a)(2)* and *(b)(3)***: This action involves common questions of law and fact that predominate over any questions affecting individual Class Members.  The common questions include, but are not limited to:

1874415-1

a.  Whether Defendant engaged in the conduct alleged herein;

b.  Whether Defendant and members of the classes entered into valid contracts and, if so, the material terms of such contracts;

c.  Whether Defendant materially breached its *Terms* with members of the classes;

d.  Whether any such material breach caused harm or injury to the members of the classes;

e.  Whether Defendant breached its *Terms* by terminating Plaintiff's and Class's Apple IDs because they engaged in chargebacks when the *Terms* do not prohibit chargebacks;

f.  Whether Defendant breached its *Terms* by retaining and/or refusing to return unspent money to its customers that remain in their Apple accounts when Defendant terminated their Apple IDs;

g.  Whether Plaintiff and the Classes are entitled to an award of reasonable attorneys' fees, pre-judgment interest, and costs of this suit;

h.  Whether Plaintiff and the Classes are entitled to recover monetary damages for the services and Content they paid for and lost access to when Defendant terminated their Apple IDs;

i.  Whether Plaintiff and the Classes are entitled to recover the unspent money that remained in their accounts when Defendant terminated their Apple IDs;

j.  Whether Plaintiff and the Classes have sustained financial loss and the proper measure of any such financial loss;

k.  Whether Plaintiff and the Classes are entitled to damages, and the proper measure of any such damages; and

l.  Such other common factual and legal issues as are apparent from the allegations and causes of action asserted in this Complaint.

51.  **Typicality - *Fed. R. Civ. P. 23(a)(3)***: Plaintiff's claims are typical of other Class Members' claims because Plaintiff and Class Members were, or may be, subjected to the same allegedly unlawful conduct and were, or may be, damaged in the same way.

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

52.    **Adequacy - *Fed. R. Civ. P. 23(a)(4)***: Consistent with *Rule 23(a)(4)*, Plaintiff will fairly and adequately represent the Classes. Plaintiff has the best interests of the members of the Classes in mind. Plaintiff has no conflicts of interest with the Classes. Plaintiff's counsel are competent and experienced in litigating class actions, including extensive experience in consumer protection claims. Plaintiff intends to vigorously prosecute this case.

53.    **Superiority - *Fed. R. Civ. P. 23(b)(3)***: A class action is superior to other available methods for the fair and efficient adjudication of these claims because individual joinder of the claims of all members of the Classes is impracticable. Many members of the Classes are without the financial resources necessary to pursue this matter. Even if some could afford to litigate claims separately, such a result would be unduly burdensome to the courts in which the individualized cases would proceed. Individual litigation increases the time and expense of resolving a common dispute concerning Defendant's actions toward an entire group of individuals. Class action procedures allow for far fewer management difficulties in matters of this type and provide the unique benefits of unitary adjudication, economies of scale, and comprehensive supervision over the entire controversy by a single judge in a single court. The Classes may be certified pursuant to *F.R.C.P. 23(b)(2)* because Defendant has acted on grounds generally applicable to the Classes.

54.    The Classes may also be certified pursuant to *F.R.C.P. 23 (b)(3)* because questions of law and fact common to members of the Classes will predominate over questions affecting individual members, and a class action is superior to other methods for fairly and efficiently adjudicating the controversy and causes of action described in this Complaint.

55.    The claims asserted herein are applicable to Plaintiff and members of the Classes.

1874415-1

56.     Adequate notice can be given to Class Members directly using information maintained in Defendant's records or, if necessary, through notice by publication.

57.     Damages may be calculated from the data maintained in Defendant's records, so that the cost of administering a recovery for the Classes can be minimized.

## CAUSES OF ACTION

## COUNT I

### (Breach of Contract)

58.     Plaintiff hereby incorporates the foregoing paragraphs as though the same were set forth herein in their entirety.

59.     Plaintiff and members of the Classes entered into a contractual agreement with Apple, *Apple's Terms*, governing their relationship with respect to the purchase of apps, Service, and/or Content from and/or through Apple. Apple ID users are required to enter into the contract in order to open an Apple ID. *Exhibit A*.

### Apple's First Breach of Contract

60.     *Apple's Terms* § B states in part: "[y]ou can acquire Content on our Services for free or for a charge, either of which is referred to as a '[t]ransaction.'" *Exhibit A* § B.

61.     Plaintiff and members of the Classes properly performed their duties pursuant to *Apple's Terms* by acquiring apps, services, and/or Content from and/or through Apple by purchasing the same. *See Exhibit A* § B.

62.     Nowhere in *Apple's Terms* does it prohibit Plaintiff and members of the Classes from engaging in chargebacks for apps, Services, and/or Content they purchased from and/or through Apple. *Exhibit A*. As such, Apple cannot terminate [without breaching its contract]

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

Plaintiff's and the members of the Class's Apple IDs for allegedly violating its *Terms* because it is not a violation of its *Terms* for them to have engaged in chargebacks. *Id*.

63.    *Apple's Terms* § L states in part:[14]

TERMINATION AND SUSPENSION OF SERVICES

If you fail, or Apple suspects that you have failed, to comply with any of the provisions of this Agreement, Apple may, without notice to you: (i) terminate this Agreement and/or your Apple ID, and you will remain liable for all amounts due under your Apple ID up to and including the date of termination; and/or (ii) terminate your license to the software; and/or (iii) preclude your access to the Services.

Apple further reserves the right to modify, suspend, or discontinue the Services (or any part or Content thereof} at any time with or without notice to you, and Apple will not be liable to you or to any third party should it exercise such rights.

*Exhibit A* § L.

64.    Apple materially breached its *Terms* with Plaintiff and the members of the Class by erroneously finding, or suspecting, that they violated its *Terms* because they engaged in chargebacks which are not prohibited by *Apple's Terms*. *Exhibit A*.

65.    Apple's breach of contract, as set forth above, resulted in damages to Plaintiff and the members of the Class because once Defendant erroneously determined, or suspected, that Plaintiff and the members of the Classes breached its *Terms* by engaging in chargebacks, and terminated their Apple IDs, they lost all access to the unspent money in their Apple accounts as well as all access to the apps, Services, and Content they purchased from Defendant.

---

[14] Apple argued to this Court in its *Notice of Motion and Motion to Dismiss First Amended Class Action Complaint, and Memorandum of Points and Authorities in Support Thereof*, that "[t]o the extent Plaintiff intends to suggest that Apple breached the Terms by allegedly terminating his account due to chargebacks, the Terms allow for termination if chargebacks are abused. Terms § L." *ECF 32* at 27-28 fn 9. It is clear that *Apple's Terms § L* in no way permit Apple to terminate its customers' Apple IDs due to Chargebacks, abused or otherwise, and Apple should be precluded from now attempting to create said authority in a different section of its *Terms*.

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

**Apple's Second Breach of Contract**

66.    *Apple's Terms* § B states in part: "[y]ou can acquire Content on our Services for free or for a charge, either of which is referred to as a '[t]ransaction.'" *Exhibit A* § B.

67.    Plaintiff and members of the Classes properly performed their duties pursuant to *Apple's Terms* by acquiring apps, services, and/or Content from and/or through Apple by purchasing the same. *See Exhibit A* § B. As part of this performance, Plaintiff, as discussed above, and the members of the Classes transferred money to their Apple accounts to be utilized for purchases of Apple services and/or Content.

68.    *Apple's Terms* § L states in part:[15]

TERMINATION AND SUSPENSION OF SERVICES

If you fail, or Apple suspects that you have failed, to comply with any of the provisions of this Agreement, Apple may, without notice to you: (i) terminate this Agreement and/or your Apple ID, and you will remain liable for all amounts due under your Apple ID up to and including the date of termination; and/or (ii) terminate your license to the software; and/or (iii) *preclude your access to the Services*.

Apple further reserves the right to modify, suspend, or discontinue the Services (or any part or Content thereof} at any time with or without notice to you, and Apple will not be liable to you or to any third party should it exercise such rights.

(Emphasis added) *Exhibit A* § L.

---

[15] Apple argued to this Court in its *Notice of Motion and Motion to Dismiss First Amended Class Action Complaint, and Memorandum of Points and Authorities in Support Thereof*, that "[t]o the extent Plaintiff intends to suggest that Apple breached the Terms by allegedly terminating his account due to chargebacks, the Terms allow for termination if chargebacks are abused. Terms § L." *ECF 32* at 27-28 fn 9. It is clear that *Apple's Terms* § L in no way permits Apple to terminate its customers' Apple IDs due to Chargebacks, abused or otherwise, and Apple should be precluded from now attempting to find said authority in a different section of its *Terms*.

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

69.     *Apple's Terms* defines "Services" as follows: "[t]his Agreement governs your use of Apple's services ('Services'), through which you can buy, get, license, rent or subscribe to content, Apps (as defined below), and other in-app services (collectively, 'Content'). *Exhibit A* § A.

70.     Apple materially breached its *Terms* with Plaintiff and the members of the Class by retaining the unspent money that was in their Apple Accounts when Apple determined, or suspected, that they breached its *Terms* and terminated their Apple IDs. *Exhibit A* § L. Apple's definition of "Services" does not include unspent money that remained in Plaintiff's and members of the Class's Apple accounts. *Exhibit A* § A.

71.     Apple's breach of contract, as set forth above, resulted in damages to Plaintiff and the members of the Class because once Defendant determined, or suspected, that they breached its *Terms*, and terminated their Apple IDs, they lost all access to the unspent money in their Apple accounts.

72.     On April 16, 2021, Plaintiff Price mailed a pre-suit notice letter to Apple placing it on notice of its breach of warranty. The letter was sent on behalf of himself and all other persons similarly situated, including "all consumers, in the United States, who have or had Apple IDs." The letter specifically stated that it served as notice "concerning the breaches of express and implied warranties described herein." The letter identified Apple's breach of their *Terms* at issue here.

### **PRAYER FOR RELIEF**

WHEREFORE, Plaintiff, individually and on behalf of the Classes, prays:

A.     For an order certifying the Nationwide Classes and appointing Plaintiff and the undersigned counsel of record to represent the Nationwide Classes;

1874415-1

B.      For damages according to proof;

C.      For punitive and/or treble damages;

D.      For costs of suit herein;

E.      For both pre- and post-judgment interest on any amounts awarded;

F.      For payment of reasonable attorneys' fees; and

G.      For such other and further relief as the Court may deem proper.

## DEMAND FOR JURY TRIAL

Plaintiff hereby demands a trial by jury.

Dated: April 26, 2022                          Respectfully submitted,


                                          __/s/ Jonathan Shub_____
                                          Jonathan Shub (C.A. Bar No. 237708)
                                          Kevin Laukaitis *
                                          **SHUB LAW FIRM LLC**
                                          134 Kings Hwy. E., 2nd Floor
                                          Haddonfield, NJ 08033
                                          Tel: (856) 772-7200
                                          Fax: (856) 210-9088
                                          jshub@shublawyers.com
                                          klaukaitis@shublawyers.com

                                          Jennie Lee Anderson (SBN 203586)
                                          **ANDRUS ANDERSON LLP**
                                          155 Montgomery Street, Suite 900
                                          San Francisco, California  94104
                                          Tel:  (415) 986-1400
                                          Fax: (415) 986-1474
                                          jennie@andrusanderson.com


                                          Troy M. Frederick*
                                          Beth A. Frederick *
                                          **FREDERICK LAW GROUP, PLLC**
                                          836 Philadelphia Street
                                          Indiana, PA 15701
                                          Tel: (724) 801-8555

28

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

Fax: (724) 801-8358
tmf@FrederickLG.com
baf@FrederickLG.com

Keith T. Vernon*
Andrew Knox *
**TIMONEY KNOX, LLP**
400 Maryland Ave, PO Box 7544
Fort Washington, PA 19034-7544
Tel: (215) 646-6000
Fax: (215) 591-8258
kvernon@timoneyknox.com
aknox@timoneyknox.com

*Attorneys for Plaintiff and
the Proposed Classes*

*\*Counsel Admitted Pro Hac Vice*

SECOND AMENDED CLASS ACTION COMPLAINT

1874415-1

**CLRA Venue Declaration Pursuant to California Civil Code Section 1780(d)**

I, Jonathan Shub, declare as follows:

1.      I am an attorney at law licensed to practice in the State of California and a member of the bar of this Court. I am an attorney at Shub Law Firm LLC, counsel of record for Plaintiff in this action. I haver personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would competently testify thereto under oath.

2.      The Complaint filed in this action is filed in the proper place for trial under Civil Code Section 1780(d) in that a substantial portion of the events alleged in the Second Amended Complaint occurred in the Northern District of California. I declare under the penalty of perjury under the laws of the State of New Jersey and/or California and the United States that the foregoing is true and correct and that this declaration was executed in Haddonfield, New Jersey, this 26th day of April, 2022.

/s/ Jonathan Shub
Jonathan Shub

1874415-1