ISABELLE L. ORD (Bar No. 198224)
isabelle.ord@dlapiper.com
JEANETTE T. BARZELAY (Bar No. 261780)
jeanette.barzelay@dlapiper.com
ALEXANDER E. WOLF (Bar No. 299775)
alexander.wolf@dlapiper.com
**DLA PIPER LLP (US)**
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Tel: 415.836.2500
Fax: 415.836.2501

RAJ N. SHAH (admitted *pro hac vice*)
raj.shah@dlapiper.com
ERIC M. ROBERTS (admitted *pro hac vice*)
eric.roberts@dlapiper.com
**DLA PIPER LLP (US)**
444 West Lake Street, Suite 900
Chicago, IL 60606-0089
Tel: 312.368.4000
Fax: 312.236.7516

Attorneys for Defendant
APPLE INC.

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| MATTHEW PRICE, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>APPLE INC., a California corporation,<br><br>Defendant. | CASE NO. 4:21-CV-02846-HSG<br><br>**JOINT STIPULATION AND ORDER REGARDING RESPONSE TO SECOND AMENDED COMPLAINT** |

1   WHEREAS, on April 6, 2022, the Court issued an order granting Defendant Apple Inc.'s ("Apple") Motion to Dismiss Plaintiff's First Amended Complaint (Dkt. 52) ("Order") and directed that any amended pleading be filed within 21 days of the Order;

WHEREAS, on April 26, 2022, Plaintiff timely filed the Second Amended Complaint (Dkt. 53) ("SAC");

WHEREAS, Apple's default deadline to respond to the SAC is May 10, 2022, pursuant to Fed. R. Civ. Proc. 15(a)(3);

WHEREAS, the parties have conferred regarding an extension of Apple's time to file a Motion to Dismiss the SAC and a mutually agreeable briefing schedule, and respectfully request, pursuant to Civil L.R. 6-2, that the Court enter a stipulated order granting the parties' requested briefing schedule.  There is good cause for this request because (1) the parties have agreed to reasonable extensions as a professional courtesy and due to pre-planned business and vacation travel and a graduation, and (2) the proposed extensions will not prejudice the interests of the parties or the Court;

WHEREAS, there have been two prior extensions in this matter, and the instant request will not impact any other previously set dates;

NOW, THEREFORE, pursuant to Civil L.R. 6-2, and subject to the approval of the Court, the parties hereby stipulate to the following schedule:

1. The deadline for Apple to file its Motion to Dismiss the SAC is **May 31, 2022.**
2. The deadline for Plaintiff to file his Opposition to the Motion to Dismiss the SAC is **June 24, 2022.**
3. The deadline for Apple to file its Reply in support of the Motion to Dismiss the SAC is **July 12, 2022**.

Dated:  May 6, 2022         DLA PIPER LLP (US)

By: */s/ Isabelle L. Ord*[1]
    ISABELLE L. ORD
    Attorneys for Defendant
    APPLE INC.

Dated:  May 6, 2022         TIMONEY KNOX LLP

By: */s/ Keith T. Vernon*
    KEITH T. VERNON (*admitted pro hac vice*)
    Attorneys for Plaintiff
    MATTHEW PRICE

### **ORDER**

Having considered the parties' Stipulation, and good cause appearing therefore, the Court hereby GRANTS the parties' Stipulation. It is HEREBY ORDERED that:

1. The deadline for Apple to file its Motion to Dismiss the SAC is **May 31, 2022.**
2. The deadline for Plaintiff to file his Opposition to the Motion to Dismiss the SAC is **June 24, 2022.**
3. The deadline for Apple to file its Reply in support of the Motion to Dismiss the SAC is **July 12, 2022**.

IT IS SO ORDERED.

Dated:  5/10/2022

The Hon. Haywood S. Gilliam, Jr.
United States District Judge

---

[1] Pursuant to N.D. Cal. Civ. L.R. 5-1(i)(3), I hereby attest that the concurrence to the filing of this document has been obtained from each signatory hereto.