United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MATTHEW PRICE,

    Plaintiff,

v.

APPLE, INC.,

    Defendant.

Case No. 21-cv-02846-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Granting Motion to Dismiss, This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 28th day of March, 2023.

Mark B. Busby
Clerk of Court

By: _____
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.